1:23CR108 MTS

RECEIVED BY MAIL
OCT 15 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Court Clerk,

My name is Rodney Harris, D.O.B. 5-3-79. I am writing you to request the following Legal Documents in order to file an appeal on my case. I would like a copy of my Docket Sheet, Judgment and Conviction, and or Plea agreement or sentencing transcript. Thank you for your time!

Rodney Harris

Rodney Harris
#71324-510
federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

RECEIVED BY MAIL
OCT 15 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Office of the Clerk
United States District Court
Southeastern Division
555 independence street
Cape Girardeau, MO 63701

